FILED
January 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003227692

January 7, 2011

From: United States Bankruptcy Court

RE: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice, Case Number: 10-54105

**TO THE DEBTOR'S ATTORNEY:**

The attached notice could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that one or more addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices.

NOTE: You must immediately send a copy of the attached notice to the recipient(s) listed below. **No further notices will be mailed to the notice recipient(s) listed below until the address is updated in accordance with local court policy using this form, a separate notice of change of address, and/or an amended schedule.** This form cannot be used to add a new creditor not previously listed on the debtor's schedules.

---

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule, you must: 1) locate the correct address and forward the attached notice to each creditor; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

**UNDELIVERABLE ADDRESS:** National City Mortgage
**Reason:** Incomplete address
**UPDATED ADDRESS:**

Attn: Customer Service Research | P.O. Box 1820 | Dayton, OH 45401-1820

Holly S. Burgess
Signature of Debtor or Debtor's Attorney

1-20-11
Date



008910

50604008918045